## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**

Michelle V Mims

Debtor _____ /

CHAPTER 13
CASE NO. 20-42128-PJS
JUDGE PHILLIP J SHEFFERLY

### TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN

**Now Comes** the Chapter 13 Trustee, KRISPEN S. CARROLL, and files her objections pursuant to E.D. Mich. LBR 3015-3(a) and opposes confirmation of the Chapter 13 Plan where it does not comply with Bankruptcy Code provisions, 11 U.S.C. §§ 1325, 1322, other applicable provisions of Title 11 Chapter 13 and Local Bankruptcy Rules, as follows:

1. Trustee objects to confirmation where debtor has not paid the filing fee as required by 11 U.S.C. § 1325(a)(2).

2. Trustee requests copies of debtor's recently filed 2015, 2016, 2017, 2018 and 2019 City of Detroit income tax returns.

3. Based upon the pay stubs provided, it appears debtor has overstated the income disclosed on Schedule I. As such, Trustee questions the feasibility of debtor's Chapter 13 Plan pursuant to 11 U.S.C. § 1325 (a)(6).

**Wherefore,** the Chapter 13 Trustee prays this Honorable Court deny confirmation of the debtor's Chapter 13 Plan.


Dated: April 03, 2020

OFFICE OF THE CHAPTER 13 TRUSTEE -DETROIT
KRISPEN S. CARROLL, CHAPTER 13 TRUSTEE

/s/ MARGARET CONTI SCHMIDT
Krispen S. Carroll (P49817)
Margaret Conti Schmidt (P42945)
719 Griswold Street, Ste 1100
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com

| | |
|---|---|
| **IN THE MATTER OF:** | CHAPTER 13 |
| Michelle V Mims | CASE NO. 20-42128-PJS |
| | JUDGE PHILLIP J SHEFFERLY |

Debtor                                                      /

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I electronically filed TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

> JOHN STEINBERGER
> 17515 W NINE MILE RD #420
> SOUTHFIELD, MI 48075

April 03, 2020

/s/ Shannon Horton
SHANNON HORTON
For the Office of the Chapter 13 Trustee-Detroit
719 Griswold Street, Ste 1100
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com